NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIM LAUBE,**
*Appellant,*

**v.**

**TERESA STANEK REA, Acting Director, United States Patent and Trademark Office,**
*Appellee,*

AND

**WAHL CLIPPER CORPORATION,**
*Appellee.*

---

2013-1048

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/000,523.

---

**JUDGMENT**

---

KENT A. ROWALD, Law Offices of Kent A. Rowald, PC, of Houston Texas, argued for appellant.

MARY L. KELLY, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee, Teresa Stanek Rea, Acting Director, United States Patent and Trademark Office. With her on the brief were NATHAN K. KELLEY, Deputy Solicitor, ROBERT J. MCMANUS and AMY J. NELSON, Associate Solicitors.

MARK A. HAGEDORN, Barnes & Thornburg, LLP, of Chicago, Illinois, argued for appellee Wahl Clipper Corporation.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 16, 2013          /s/  Daniel E. O'Toole
        Date                            Daniel E. O'Toole
                                        Clerk